IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRONT RANGE EQUINE RESCUE,

        Plaintiff,

        v.

BUREAU OF LAND MANAGEMENT
and INTERIOR BOARD OF LAND
APPEALS,

        Defendants.

No. 3:16-cv-00149-AC

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation [33] on March 13, 2017, in which he recommends that this Court grant Defendants' Motion for Summary Judgment [20] and deny Plaintiff's Motion for Summary Judgment [21]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [33], and therefore, Defendants' Motion for Summary Judgment [20] is granted and Plaintiff's motion for summary judgment [21] is denied. The decision of the Interior Board of Land Appeals is affirmed. This case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this \_\_\_\_\_23\_\_\_\_\_ day of _____April_____, 2017.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge